**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

October 20, 2026

**BY EMAIL**
The Honorable Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

**Re: Unsealing of Complaint 26 Mag. 1232**

Dear Judge Krause:

The Government respectfully requests that Complaint 26 Mag. 1232 be unsealed. A proposed order to that effect is attached.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________________
Christopher Morel
Assistant United States Attorney

Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BARBARA R. REAVES,<br><br>Defendant. | **UNSEALING ORDER**<br><br>26 Mag. 1232 |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorney Christopher Morel;

It is found that the Complaint in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, and it is therefore:

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: White Plains, New York
October 20, 2026

HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK